IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-mj-2091

FILED

DEC 0 8 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT C
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (UNDER SEAL) |
| ABDULLAH AHMED ALMUWALLAD | ) | |
| | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney.

This ____7____ day of December, 2010.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

3